# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Childs, Julianna M. | U.S. District Court, SC | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Clement F. Haynsworth Federal Building
300 E. Washington Street, Suite 116
Greenville, SC 29601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▨ - Salary; ▨ - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Litigation Section | 1/12/2012 - 01/14/12 | Las Vegas, NV | Winter Leadership Meeting (Co Chair, Trial Evidence Committee) | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 2. | American Bar Association National Conference of Federal Trial Judges | 2/2/12 - 02/5/12 | New Orleans, LA | MidYear Meeting (Exceutive Council) | Airfare, Lodging, and Ground Transportation |
| 3. | American Bar Association Tort & Insurance Practice Trial Academy (Trial Judge) | 4/13/12 - /18/12 | Reno, NV | Judge and Team Leader for the Trial Academy | Airfare, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | American Bar Association | 9/22/11 - 9/24/11 | Philadelphia, Pa | American Bar Association Section of Litigation Meeting (Co- Chair, Trial Evidence Com | Airfare, Lodging, Meals, and Ground Transportation |
| 5. | American Bar Association Section of Litigation | 6/19/2012 - 6/24/2012 | San Juan, PR | Spring Leadership Meeting (Co-Chair, Trial Evidence Committee) | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 6. | American Bar Association National Conference of Federal Trial Judges | 8/2/12 - 08/4/12 | Chicago, IL | Annual American Bar Association Meeting | Airfare, Lodging, and Ground Transportation |
| 7. | American Law Institute (Member) | 9/20/12 - 9/21/2012 | Philadelphia, PA | Restatement of Employment Law Committee | Airfaire, Lodging, and Ground Transportation |
| 8. | Just the Beginning Foundation | 9/21/2012 - 9/23/2012 | Chicago, IL | Tenth Biennial Conference | Airfare, Lodging and Ground Transportation |
| 9. | American Bar Association Section of Litigation | 9/27/2012 - 9/27/2012 | St. Louis, MO | Fall Leadership Meeting (Co-Chair, Trial Evidence Committee) | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 10. | GPSolo of American Bar Association (Member) | 10/11/2012 - 10/13/2012 | Seattle, WA | Committee Meeting of the Awards Committee Section | Airfare and Set Day Per Diem |
| 11. | Annual Task Force Committee of the American Bar Association | 11/1/2012 - 11/2/2012 | Chicago, IL | Committee Meeting | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 12. | South Carolina Defense Trial Attorneys' Association | 11/08/2012 - 11/010/2012 | Amelia Island, Florida | SCDTAA Annual Meeting | Lodging, Conference Registration and Meals |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | United | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1, ▮▮▮ (1993, $58,500) | | None | M | W | | | | | |
| 2. | Rental Property #2, ▮▮▮ ▮▮▮ | E | Rent | M | W | | | | | |
| 3. | - (2006, $180,000) | | | | | | | | | |
| 4. | Mass Mutual - Whole Life | A | Interest | J | T | | | | | |
| 5. | - (Risk -based, No Control) | | | | | | | | | |
| 6. | Raintree Vacations Time Share (1995, $9,000) | | None | J | R | | | | | |
| 7. | Wachovia Bank Accounts | A | Interest | J | T | | | | | |
| 8. | Fidelity "IRA" | A | Dividend | J | T | | | | | |
| 9. | Carolinas Telco Federal Credit Union Account | A | Interest | J | T | | | | | |
| 10. | John Hancock Retiremement (Lifestyle Growth, No Control) | E | Int./Div. | M | T | | | | | |
| 11. | -Lifestyle Growth | F | Dividend | M | T | | | | | |
| 12. | -Aggressive Growth Mid Cap Stock Fund | C | Dividend | J | T | | | | | |
| 13. | -Growth Mid Value Fund | D | Dividend | K | T | | | | | |
| 14. | -BlackRock Golbal Allocation | D | Dividend | K | T | | | | | |
| 15. | -Mutual Global Discovery | D | Dividend | K | T | | | | | |
| 16. | U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 17. | GA Higher Education Future Scholar 529 College Savings (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SC 401(k) profit sharing plan (risk-based, No Control) (Y) | | | | | | | | | |
| 19. SC 529 Future Scholar Aggres Growth Port A (Line 22 on 2010) | A | Dividend | J | T | | | | | |
| 20. Path2 529 TIAACREF (H) | | | | | | | | | |
| 21. - AGGRES MNGD ALLC AGE 12-14 (2) ("X") | A | Dividend | J | T | | | | | |
| 22. - MNGD ALLC AGE 12-14(2) ("X") | A | Distribution | J | T | | | | | |
| 23. | | | | | | | | | |
| 24. Path2 529 TIAACREF (H) | | | | | | | | | |
| 25. -AGGRES MNGD ALLC AGE 15-17(2) ("X") | A | Distribution | J | T | | | | | |
| 26. -MNGD ALLC AGE 15-17 (1) (X) | A | Dividend | J | T | | | | | |
| 27. -100% Equity Option (X) | A | Dividend | J | T | | | | | |
| 28. -Balanced Option (X) | A | Dividend | J | T | | | | | |
| 29. -Guaranteed Option (X) | A | Dividend | J | T | | | | | |
| 30. B - IRA | B | Dividend | L | T | | | | | |
| 31. -Thornburg Int Value A | | | J | T | Buy | 08/24/12 | J | | |
| 32. | | | | | Sold | 10/24/12 | J | A | |
| 33. | | | | | Buy | 11/19/12 | J | | |
| 34. -TCW Value Oppty N - PLA listed TCW Dividend Focus (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Virtus Insight Emerg Mkts I (Y) | | | | | | | | | |
| 36. - *Blackrock Inflat Prot Bond A | | | | | Buy | 07/06/12 | J | | |
| 37. -American Europacific GRWF (Y) | | | | | | | | | |
| 38. - JP Morgan Mid Cap Value A (Y) | | | | | | | | | |
| 39. -Delaware TX - FR USA Intermed A (Y) | | | | | | | | | |
| 40. -DWS Dreman Small Cap Value A | | | | | | | | | |
| 41. -Allianz NFJ Dividend Value A (Y) | | | | | | | | | |
| 42. -DWS RREEF Real SEC A (Y) | | | | | | | | | |
| 43. -Cambiar Small Cap Inv | | | | | | | | | |
| 44. -E V Income Fund of Boston A | | | | | Buy (add'l) | 08/24/12 | J | | |
| 45. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 46. -Eaton Vance Commoodity Strat I | | | | | Buy (add'l) | 08/24/12 | J | | |
| 47. | | | | | Sold (part) | 10/24/12 | J | | |
| 48. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 49. -E V Large Cap Value A (Y) | | | | | | | | | |
| 50. -Goldmand Sachs Abslte Ret Trk A | | | | | Buy (add'l) | 04/13/12 | J | | |
| 51. | | | | | Buy (add'l) | 04/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/24/12 | J | | |
| 53. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 54.  -Goldman Sachs Grw Opport A (Y) | | | | | | | | | |
| 55.  -Ing Global Real Estate A (Y) | | | | | | | | | |
| 56.  - Ivy Mid Cap Growth I | | | | | Sold (part) | 04/13/12 | J | | |
| 57.  -Legg Mason Wa Intrm Trm Muni | | | | | | | | | |
| 58.  -Mainstay LRG Cap GrwI (Prv rprd as "Mainstay LRG CapGrw A" | | | | | Buy (add'l) | 11/19/12 | J | | |
| 59. | | | | | Sold (part) | 11/19/12 | J | E | |
| 60.  -Pimco Emerging Local Bd A | | | | | | | | | |
| 61.  -Pimco Foreign Bd Us S Hedged P | | | | | Buy | 04/13/12 | J | | |
| 62. | | | | | Sold | 10/24/12 | J | | |
| 63.  -Pimco Short Term P | | | | | Buy | 08/24/12 | J | | |
| 64. | | | | | Sold | 11/09/12 | J | | |
| 65.  -Rydex/Sgi Mamaged Fut Str A | | | | | | | | | |
| 66.  -Templeton Global | | | | | Sold (part) | 04/13/12 | J | | |
| 67.  -Guggenheim Mngd Futrs Strat H | | | | | Buy | 04/13/12 | J | | |
| 68. | | | | | Sold | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Legg Mason Wa Emerg Mkt Debt I | | | | | Buy | 04/13/12 | J | | |
| 70. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 71. | | | | | Sold | 10/24/12 | J | | |
| 72. -Nuveen Nwq Large Cap Value I | | | | | Buy | 04/13/12 | J | | |
| 73. | | | | | Sold | 08/24/12 | J | | |
| 74. | | | | | Buy | 11/09/12 | J | | |
| 75. -AQR Managed Futures Strategy I | | | | | Buy | 12/14/12 | J | | |
| 76. -Wstern Ast Int Term Muni C | | | | | Buy | 04/13/12 | J | | |
| 77. | | | | | Sold (part) | 08/24/12 | J | | |
| 78. -*Western Ast Int Term Muni I | | | | | Buy (add'l) | 04/13/12 | J | | |
| 79. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 80. | | | | | Sold (part) | 10/24/12 | J | | |
| 81. | | | | | Sold (part) | 11/09/12 | J | | |
| 82. -*Managers Systematic Md Cp Value I | | | | | Sold (part) | 04/12/12 | J | | |
| 83. ▨ Building | None | | P1 | R | | | | | |
| 84. - (2004, $3,016,000) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts No. 45 - [        ] has a 1/8 interest in the building.  One partner left the partnership and has sold his interest in the partnership to the remaining partners.

 * Line  No. 76 (Westwen Ast Term Muni C) - The purchase of transcation took place in the pervious period that should have been reported as: purchased on 05/16/11 (Buy) (J);

 * Line No. 78 - (Western Ast Int Term Muni I) - The purchase of transcation took place in the pervious perios that should have been reported as: purchased on 05/16/11 (Buy) (J), purchased addt 10/11/11;

 * Line No. 82 - (Managers Systematic Md Cp Value I) - The purchase of transcation took place in the pervious period that should have been reported as: purchased  on 06/06/11 (Buy) (J), (Sold (part) on 07/08/11

| Name of Person Reporting | Date of Report |
| --- | --- |
| Childs, Julianna M. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544